UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | :<br>:<br>: |
| Plaintiff, | : CIVIL ACTION |
| v. | : FILE NO. 09-1750 (ADM/JSM) |
| THOMAS J. PETTERS, GREGORY M. BELL, and LANCELOT INVESTMENT MANAGEMENT LLC, | :<br>:<br>: |
| Defendants, | : |
| and | : |
| INNA GOLDMAN, INNA GOLDMAN RECOVABLE TRUST, ASIA TRUST LTD. AS TRUSTEE FOR THE BLUE SKY TRUST, and GREGORY BELL REVOCABLE TRUST, | :<br>:<br>:<br>:<br>: |
| Relief Defendants. | : |

## DEFENDANTS' MOTION SEEKING ATTORNEYS' FEES AND LIVING EXPENSES

Defendants Gregory M. Bell ("Mr. Bell") and Lancelot Investment Management ("LIM") and Relief Defendants Gregory Bell Revocable Trust and Inna Goldman ("Bell's Trust" and collectively "Movants") move the Court to grant limited relief from the July 24, 2009 Order by releasing assets to pay living expenses and professional fees.

To begin with, Mr. Bell's family has no independent assets; accordingly, Mr. Bell requests that the Court release $5,806 per month from the nearly $30,000,000 in assets the Government has frozen for the continued well-being of his wife and two minor children.  Next, Mr. Bell requests that the court release a one-time payment of $5,287 to pay for his mother in law's (who suffers from Hutchinson's disease) nursing care and his children's back-to-school and college entrance exam expenses.  Finally, given the detailed requirements of the Court's July 24, 2009 Order and the on-going demands of defending both a civil and criminal action, Movants ask that the Court approve the First Fee Application submitted by their professionals contemporaneously with this motion.

Movants seek relief on an expedited basis because nearly two months have passed since the Court froze their assets and living and professional expenses continue to mount.  In support of their motion, Movants have filed a memorandum of law.  *See* L.R. 7.1.

Dated: September 10, 2009

Gregory Bell, Lancelot Investment Management, LLP, and Gregory Bell Revocable Trust

/s/ Vincent P. Schmeltz III_____
One of Their Attorneys

Kevin W. DeVore
Minnesota Atty. ID # 267302
DEVORE LAW OFFICE, P.A.
First National Bank Building
332 Minnesota Street, Suite W-1610
St. Paul, Minnesota 55101

Mark S. Radke (*pro hac vice*)
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW
Washington, DC 20005-4213

Vincent P. Schmeltz III (*pro hac vice*)
DEWEY & LEBOEUF LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 3700
Chicago, IL  60601-6710

Inna Goldman

/s/ Inna Goldman_____
On Her Own Behalf